IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE GONZALEZ,<br>　　　　Petitioner<br><br>v.<br><br>SUPERINTENDENT of SCI-FOREST<br>and PENNSYLVANIA OFFICE OF<br>ATTORNEY GENERAL,<br>　　　　Respondents | No. 4:22cv1237<br><br>(Judge Munley)<br><br>(Magistrate Judge Carlson) |

## ORDER

**AND NOW**, to wit, this 20th day of June 2025, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Petitioner Jose Gonzalez's objections to the report and recommendation ("R&R"), (Doc. 16), are **OVERRULED**;

2) The R&R, (Doc. 15), is **ADOPTED** is adopted in its entirety;

3) Gonzalez's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, (Doc. 1), is **DISMISSED** as time-barred;

4) A certificate of appealability shall not issue, as Gonzalez has failed to make a substantial showing of the denial of a constitutional right, see 28 U.S.C. § 2253(c)(2), or that "jurists of reason would find it debatable" whether this Court's procedural ruling is correct, Slack v. McDaniel, 529 U.S. 473, 484 (2000); and

5) The Clerk of Court is directed to close this case.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court